**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| SOOKBOX LLC, | ) ) | Case No. |
| Plaintiff, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) ) | |
| LG ELECTRONICS INC. and LG ELECTRONICS U.S.A, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, Sookbox LLC ("Sookbox" or "Plaintiff"), for its Complaint against Defendants,

LG Electronics Inc. ("LGE") and LG Electronics U.S.A., Inc. ("LGEUS") (collectively, "LG

Electronics" or "Defendants"), for patent infringement under 35 U.S.C. § 271, alleges as follows:

**THE PARTIES**

1.      Sookbox is a limited liability company organized and existing under the laws of the

State of Delaware, with its principal place of business located at 101 East Park Boulevard, Suite

600, Plano, Texas 75074.

2.      Defendant LG Electronics Inc. is a company organized and existing under the laws

of the Republic of Korea, with its principal place of business at LG Twin Towers, 20 Yoido-dong,

Youngdungpo-gu, Seoul, South Korea.

3.      Defendant LG Electronics U.S.A., Inc., is a Delaware corporation, with a principal

place of business at 111 Sylvan Avenue, North Building, Englewood Cliffs, New Jersey 07632.

LGEUS is a wholly-owned subsidiary of LGE and has regular and established places of business

within the District at 2153-2155 Eagle Parkway, Fort Worth, Texas 76177 and 14901 Beach Street,

Fort Worth, Texas 76177. LGEUS may be served with process through its Texas registered agent, United States Corporation Co., 211 East 7th Street, Suite 620, Austin, Texas 78701.

**JURISDICTION AND VENUE**

4.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has specific and personal jurisdiction over each of the Defendants consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Upon information and belief, the Defendants have sufficient minimum contacts with the forum because each Defendant transacts substantial business in the State of Texas and in this Judicial District. Further, each Defendant has, directly or through subsidiaries or intermediaries, committed and continues to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged more particularly below.

6.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1400(b) and 1391(b) and (c) because each Defendant is subject to personal jurisdiction in this Judicial District, has committed acts of patent infringement in this Judicial District, and has a regular and established place of business in this Judicial District. Each Defendant, through its own acts and/or through the acts of each other Defendant, makes, uses, sells, offers to sell, and/or imports infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with this Judicial District such that this venue is a fair and reasonable one. LGEUS has maintained regular and established places of business, including distribution facilities, within this District at 2153-2155 Eagle Parkway, Fort Worth, Texas 76177, and 14901 Beach Street, Fort Worth, Texas 76177. Defendants placed or contributed to placing

and/or induced the placing of infringing products into the stream of commerce, via established distribution channels, knowing or understanding that such products would be sold and used in the United States, including this Judicial District. On information and belief, Defendants have also derived substantial revenues from infringing acts in this Judicial District, including from the sale and use of the infringing products. Further, venue is proper in this Judicial District because LGE is a foreign corporation formed under the laws of the Republic of Korea, with a principal place of business in the Republic of Korea. 28 U.S.C. § 1391(c)(3) provides that "a defendant not resident in the United States may be sued in any judicial district, and the joinder of such a defendant shall be disregarded in determining where the action may be brought with respect to other defendants." Further, upon information and belief, the Defendants have admitted or not contested proper venue in this Judicial District in other patent infringement actions. *See e.g., Celerity IP, LLC v. LG Elecs.,* No. 2:23-cv-0316-JRG-RSP, Dkt. 21, ¶ 13 (E.D. Tex. Nov. 27, 2023)*; SpaceTime3D, Inc. v. LG Elecs, Inc.,* No. 2:22-CV-00049- RWS, Dkt. 19, ¶¶ 18-19 (E.D. Tex. June 20, 2022)*; Arigna Tech. Ltd., LG Elecs., Inc.,* No. 2:21-cv-00377, Dkt. 24, ¶¶ 13-14 (E.D. Tex. Jan. 26, 2022)*; Seven Networks, LLC v. LG Elecs., Inc.,* No. 2:21-cv-88, Dkt. 12, ¶ 5 (E.D. Tex. June 7, 2021)*.*

### **PATENTS-IN-SUIT**

7. On November 22, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,503,486 (the "'486 Patent") entitled "Configuring, Networking, and Controlling a Plurality of Unique Network-Capable Devices." A true and correct copy of the '486 Patent is attached hereto as Exhibit A.

8. On November 28, 2023, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,831,561 (the "'561 Patent") entitled "System, Apparatus, and

Method for Controlling Internet Devices Via a Mobile Device Session." A true and correct copy of the '561 Patent is attached hereto as Exhibit B.

9.      On May 5, 2026, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,621,250 (the "'250 Patent") entitled "System, Apparatus, and Method for Controlling Internet Devices Via a Mobile Device Session." A true and correct copy of the '250 Patent is attached hereto as Exhibit C.

10.      Sookbox is the sole and exclusive owner of all right, title, and interest in the '486 Patent, the '561 Patent, and the '250 Patent (collectively, the "Patents-in-Suit"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Sookbox also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

11.      Sookbox has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. On information and belief, prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

## FACTUAL ALLEGATIONS

12.      The Patents-in-Suit generally relate to managing and distributing the separation of media content within a network system. For example, the Patents-in-Suit teach a home-networking system ("HNS") which enhances a home entertainment user experience and facilitates managing and distributing the separation of media content and associated controls within a network system.

13.      The technology described in the Patents-in-Suit was developed by David Sukoff, Cyrus Vafadari, Mathew Peterson, and Adam Mustafa. David Sukoff is the founder of Sookbox, a former Cambridge-based consumer electronics startup, where he and a team of MIT engineers

developed a paradigm-shifting media server, later called the "Stream Runner." This product, unveiled at CES 2013, is the predecessor to many streaming and smart home devices on the market today. Sookbox's products were widely publicized and garnered significant attention from the industry.[1]

14.    The inventors met with Mr. Neil Robinson, then the Open Innovation Senior Manager of LG Electronics at CES in January 2013, as shown by the recorded CES badge scan:

| 1/10/2013 10:14:24 AM | Cyrus Vafadari | 303612 | Neil | Robinson | LG Electronics |
|---|---|---|---|---|---|

*Excerpt From CES Attendee Badge Scan Log*

15.    Mr. Robinson's role at LG Electronics focused on business development, particularly the discovery of new business opportunities and partnerships for the business field of Smart Home and Smart Energy.

16.    After meeting with Mr. Robinson at CES in 2013, Sookbox once again engaged with LG Electronics through communications with Mr. Julian Yoon, then the Director of Strategic Investments, in the period leading up to CES in January 2014. Representatives of Sookbox sent a presentation to Mr. Yoon concerning the technology of the Patents-in-Suit and listing the pending patent applications from which the Patents-in-Suit issued or claim priority:

---

[1]https://www.youtube.com/watch?v=X6audE4ymWg;
https://web.archive.org/web/20130218212859/https:/www.prweb.com/releases/2013/1/prweb103
01159.html




## What Do We Do? – Technical Overview

- Content/Controller Separation
  - › We separate applications into input, processing, and output. The components work in real time and are controlled using the Sookbox core framework
- Multi-directional controlling
  - › Any user can control multiple applications simultaneously
  - › Any application can update multiple users simultaneously
- Discriminatory information
  - › One application can intelligently send different information to each controller based on the identity of that controller; if one user wants to make a session private, the session is hidden and other users will not receive that session's information
- App Development optimized for split style
  - › Using proprietary Python/Objective C/Javascript libraries, communication across networks and devices is simple and allows for different parts of the application to exist in different places

*Excerpt from slides shared with Mr. Yoon*

## Intellectual Property

| TITLE | CORE NOVELITES |
|---|---|
| Method and System for Providing Digital Content | - Digital content streaming sessions to controls<br>• Numerous, multi-directional feedback<br>- Session state feedback to controls agnostically<br>- Zone manager (outputs are uniquely and independently identifiable) |
| Method and System for Managing Separation of Digital Content and Control by host Non-Discriminatively | Host-to-control (non-discriminative)<br>- Utilization of socket (I/O)<br>• Client-to-server (request)<br>• Server-to-client (response)<br>• Server (broadcast)<br>• Hybrid (request, response, update) (zone-switching)<br>- Separation of content and controls ("Chrome")<br>- Utilization of device native controls (iOS)<br>• Keyboard, Mouse-pad ("gestures " - pointer, pinch-to-zoom , finger scroll)<br>- Browser App. (method)<br>- Video / Audio App. (method) |
| Method and System for Managing Separation of Digital Content and Control by Host Discriminatively | Host-to-control (discriminative)<br>- Utilization of socket (I/O) & device native controls (iOS)<br>• Hybrid (request, response, update) (session locking, parental controls, guest access, zone locking)<br>- Gaming App. (Texas Hold'em) (method)<br>- Entertainment App. (Karaoke, YouTube, DJ) (method) |
| Digital Content Streaming Device, Apparatus, System, Method for Connectivity and Control Independent from Proximity | - IP addressable device as a wireless HDMI extender to host in network system<br>- IP addressable  device as own host with access to NAS |
| System and Method for Optimized Content and User Profile Aggregation Into a User Interface | - Digital content aggregation to find content based on the user profile (attributes):<br>• interests, behavior, access, community |
| A System and Method for Optimizing, Dividing, Distributing, and Synchronizing Digital Content and Controls | - Open development platform for easy apps integration<br>- Streaming content sessions are process centric and not longer depend on host, control, and/or output location<br>- Streaming content sessions optimized by user profile and proximity to host, control, output device peripherals |

*Excerpt from slides shared with Mr. Yoon*

6



*Excerpt from slides shared with Mr. Yoon*

17. Upon receiving Sookbox's presentation, Mr. Yoon responded that he would review it. Sookbox received no further communications from Mr. Yoon.

18. On information and belief, LG Electronics has been aware of Sookbox's patented technology since at least Mr. Yoon's receipt of the Sookbox presentation listing Sookbox's patent applications by title and detailed description.

19. On information and belief, LG Electronics is a sophisticated entity which has an IP management database and employees whose primary role is to evaluate and/or monitor patents of possible acquisition targets and other patents which are brought to LG Electronics' attention and may impact LG Electronics' business. On information and belief, LG Electronics has been aware of the Patents-in-Suit, and its infringement thereof, since the time of their issuance at least on that basis.

7

20.     Alternatively, to the extent that LG Electronics has avoided actual knowledge of the Patents-in-Suit, LG Electronics has been willfully blind to its infringement of the Patents-in-Suit. On information and belief, to the extent it lacked actual knowledge of infringement, LG Electronics deliberately avoided learning of infringement despite subjectively believing that there was a high probability that it infringed Sookbox's patents, and specifically the Patents-in-Suit. On information and belief, LG Electronics has adopted a policy or practice of not reviewing the patents of others, including those related to LG Electronics' specific industries and of Sookbox in particular, thereby remaining willfully blind to the Patents-in-Suit. On information and belief, LG Electronics lacks written policies disseminated to employees regarding monitoring or avoidance of patent infringement by LG Electronics and lacks mechanisms for employees to report patents which they believe LG Electronics' may infringe.

21.     LG Electronics has infringed and is continuing to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, products including, but not limited to, all LG Electronics' smart televisions, smart device management applications such as LG Electronics' ThinQ platform, and other infringing technology.

## COUNT I
### (Infringement of the '486 Patent)

22.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

23.     Sookbox has not licensed or otherwise authorized LG Electronics to make, use, offer for sale, sell, or import any products that embody the inventions of the '486 Patent.

24.     LG Electronics has and continues to directly infringe the '486 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy

8

each and every limitation of one or more claims of the '486 Patent. Such infringing products include smart device management applications. On information and belief, infringing products include at least LG Electronics' LG ThinQ Smart Home Platform and related products and services.

25.    For example, LG Electronics has and continues to directly infringe at least Claim 9 of the '486 Patent by making, using, offering to sell, selling, and/or importing into the United States the LG Applications.

26.    The Accused Products comprise an input/output processing system. For example, the LG ThinQ Smart Home Platform allows a mobile device to act as a content control application, enabling users to configure and manage various smart devices through a native user interface. The platform receives and processes user actions, such as tapping a button (i.e., inputs) to turn on smart devices (e.g., a television, a refrigerator, a soundbar, a dryer, cooking appliances, etc.) by establishing a content control session (i.e., outputs).



---

[2] https://www.lg.com/us/lg-thinq

# What devices work with Smart ThinQ?

Here are just a few categories of devices that support ThinQ:

- **Refrigerators** – monitor temp, energy use, and door activity

- **Washers & Dryers** – remote start, cycle notifications, AI cycles

- **Air Conditioners** – temperature control, scheduling, diagnostics

- **Ovens & Microwaves** – preheating, remote monitoring

- **Air Purifiers** – air quality tracking, filter status

- **Robot Vacuums** – scheduling, route tracking

Many of LG's newer TVs also use ThinQ to integrate with your smart home ecosystem.

---

[3] https://www.lg.com/us/lg-thinq
[4] https://lgblog.it/what-is-lg-smart-thinq/





27.      The Accused Products comprise a content control application executing on a mobile control device for configuring a content control session based on interpretation of user actions recorded by a user interface that is native to the mobile control device, wherein the content control session is configured with a content input/output application selected through the user interface, wherein the content input/output application is associated with a peripheral. For example, upon selection of a smart television device (e.g., LG Smart TV, smart monitor) and a corresponding

---

[5] https://www.lg.com/us/tvs/lg-oled65g5wua-oled-4k-tv
[6] https://www.lg.com/in/monitors/smart-monitors/32sr50f-w

11

media function, the LG ThinQ Platform configures a control session with a distinct content input/output application executing on the selected smart television device. The configured session enables transmission of content-related control instructions (e.g., power, play, pause, volume, etc.) from the mobile device to the smart television device. The smart television device is associated with a peripheral (e.g., display, smart monitor application, and the like).



---





[8] https://www.lg.com/us/support/help-library/lg-tv-thinq-features-and-settings--20152601841487
[9] https://www.lg.com/in/monitors/smart-monitors/32sr50f-w





---

[10] https://www.lg.com/in/monitors/smart-monitors/32sr50f-w

[11] https://www.lg.com/us/tvs/lg-oled65g5wua-oled-4k-tv



28.    The Accused Products comprise a host content control application (e.g., a control application component/class in the LG ThinQ Cloud, the LG ThinQ Hub, or a combination of both) that is adapted to aggregate a plurality of real-world input/output processing nodes (e.g., registered smart devices) into a set of processing nodes (e.g., group of registered logical smart devices for a session) for collectively executing the content input/output application. For example, the backend aggregates multiple registered smart devices (e.g., LG Smart TV, soundbar, etc.) under a single user account into a managed set of processing nodes. For example, when a user selects a registered smart device (e.g., LG Smart TV, soundbar, etc.,) which constitutes a real-world input/output processing node capable of displaying digital content, the backend identifies that selected node and routes control and content instructions through coordinated execution across capable nodes for executing content input/output.

---

[12] https://www.youtube.com/watch?v=lkTxnvomBzw

The LG ThinQ API is divided into two categories: the ThinQ API for individual users and the ThinQ Business API for corporate partners. The ThinQ API allows for remote control of LG devices installed in homes or buildings and facilitates integration with various platforms.

For individual users, the ThinQ API supports the control and monitoring of AI appliances registered in the LG ThinQ app from various smart home platforms. By utilizing the ThinQ API, anyone can easily create a customized smart home that fits their lifestyle. For example, users of the global smart home platform Home Assistant can now connect and control 26 types of LG AI appliances, including refrigerators and washing machines, within their existing smart home environment. Home Assistant is a community-based open platform with about one million users worldwide who collaboratively develop various smart home functions such as device automation and feature expansion.

For enterprises, the ThinQ Business API supports partners operating office or residential buildings in integrating and managing various LG products, from appliances to commercial equipment like HVAC and signage, with their existing apps. For instance, large residential buildings can integrate LG appliances with their existing management apps for more convenient use. Residents can reserve the use of LG washers and dryers in common areas through the building management app, or administrators can detect abnormal conditions in the building using LG's temperature and humidity sensors and quickly respond to issues through alert functions. [13]

## 🔗 Device API

API used to request ThinQ device information and control the device.

## Get device list

`GET` `/devices`                                                                                                                    ⌄

API for getting a list of devices that have been registered on the ThinQ Platform. It must be called at least once before using any other APIs. The list of devices returned by this API contains a device-id to identify the device, which can be used to call other device APIs by specifying the target device. Therefore, this API must be called the first time, but does not need to be called every time after the device list is resolved.

HEADER PARAMETERS

Authorization
required

string
Example: `Bearer 4d76546d61f01baf31c1sd8f6b4e38b110ba0a34f825b8c5d54c`
PAT token received via https://connect-pat.lgthinq.com [14]

---

[13] https://www.lgcorp.com/media/release/28469

[14] https://smartsolution.developer.lge.com/en/apiManage/thinq_connect#tag/Device-API/paths/~1devices/get



29.     The Accused Products comprise a plurality of functions that collectively determine the operation of the input/output application. For example, the content input/output application executing on an LG Smart TV includes multiple functional modules (e.g., media decoding, video rendering, audio output processing, screen sharing services, etc.) that collectively determine the operational behavior of the application. Each of these functional modules contributes to how the LG Smart TV receives, processes, or outputs digital content. These functions are exposed as selectable control modules within the ThinQ application, collectively determining how content is processed and output.

---

[15] https://smartsolution.developer.lge.com/en/apiManage/thinq_connect#tag/Device-API/paths/~1devices~1%7BdeviceId%7D~1control/post



**Well connected with ThinQ®**

With the ThinQ app, you can tap into all things webOS and play them instantly on your TV.[3,4]

[16]

---

[16] https://www.lg.com/global/newsroom/news/home-appliance-and-air-solution/lg-opens-thinq-api-to-foster-smart-home-innovation/

## DRM Content Playback

Note

This guide introduces the DRM service and provides an example code of how to use the service. To implement the streaming player with Media Source Extensions (MSE), use Encrypted Media Extensions (EME) referred to **Supported Media Formats**.

webOS TV provides the **DRM Service** to support DRM content playback. The DRM service manages the DRM Client, which holds a particular type of information required to get a license key. When playing DRM content, Media Pipeline (Player) needs the license key for decryption. Media Pipeline acquires the license key either directly from a DRM Client (PlayReady).

[17]

30.    The Accused Products comprise a plurality of different types of input/output devices connected individually to distinct processing nodes (e.g., smart devices) in the set of processing nodes. For example, the LG ThinQ ecosystem supports multiple different input/output devices (LG Smart TVs running webOS, LG soundbars) each of which constitutes a distinct processing node including its own processor, network interface, and audio/video output hardware.

---

[17] https://webostv.developer.lge.com/develop/guides/drm-content-playback



18



19

---

[18] https://www.lg.com/us/soundbars/lg-s60tr-home-theater-soundbar

[19] https://www.lg.com/us/soundbars/lg-s60tr-home-theater-soundbar?cjdata=MXxOfDB8WXwxNzczMDI1ODE1NTg2&cjevent=2ce0c4c2106511f181f10 1760a1eba24&utm_source=cj-affiliate-46157&utm_medium=affiliate





31.     The Accused Products comprise an application instantiation facility for identifying the set of processing nodes and for instantiating each function of the plurality of functions on distinct processing nodes in the set of processing nodes, wherein the input/output requirements of each function of the plurality of functions is used to determine into which processing node the

---

[20] https://www.youtube.com/watch?v=UNJISY7iT78

[21] https://www.youtube.com/watch?v=UNJISY7iT78

function is instantiated based on a class parameter of the distinct processing nodes. For example, upon information and belief, in the LG ThinQ Platform, when a user initiates a content control session from one of the multiple mobile devices logged into the same ThinQ account, the backend evaluates which Smart TV has been selected and whether that selected device supports the requested function. The instantiation of display-related functions, such as media playback rendering or screen mirroring, occurs only on the processing node whose class parameter indicates display capability and support for the requested operation. For example, media rendering functions are instantiated on the selected Smart TV node, and playback control commands are routed to that same node. If a mobile device selects a different registered TV, the instantiation facility identifies that separate processing node and instantiates the corresponding display functions on that node instead. Accordingly, upon information and belief, the set of processing nodes are identified, each function is instantiated on a distinct processing node, and the instantiation decision is determined by the input and output requirements of the function in view of the class parameters associated with the respective processing nodes.

❶ From the ThinQ app dashboard, tap on the "+" square.

❷ Select "Add Device without QR".

❸ Locate product and select it from the list.

❹ Make sure the unit is powered on and tap "Next".





Select the TV from the product list.
The ThinQ app will search for your TV on the Wi-Fi network.

---

[22] https://www.lg.com/us/support/getting-started-with-lg-thinq

[23] https://www.youtube.com/watch?v=UNJISY7iT78





[24] https://www.lg.com/us/support/help-library/lg-tv-thinq-features-and-settings--20152601841487

[25] https://www.lg.com/us/support/help-library/lg-tv-thinq-features-and-settings--20152601841487

32.    LG Electronics has indirectly infringed and continues to indirectly infringe one or more claims of the '486 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as LG Electronics' customers and end-users, in this District and elsewhere in the United States. For example, LG Electronics' customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '486 Patent. LG Electronics induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, SDKs, marketing, product manuals, advertisements, and online documentation. Because of LG Electronics' inducement, LG Electronics' customers and end-users use the Accused Products in a way LG Electronics intends and directly infringe the '486 Patent. LG Electronics performs these affirmative acts with knowledge of the '486 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '486 Patent.

33.    LG Electronics has indirectly infringed and continues to indirectly infringe one or more claims of the '486 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. LG Electronics' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '486 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '486 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are

known by LG Electronics to be especially made or adapted for use in the infringement of the '486 Patent. LG Electronics performs these affirmative acts with knowledge of the '486 Patent and with intent, or willful blindness, that they cause the direct infringement of the '486 Patent.

34.     LG Electronics' infringement of the '486 Patent is willful, at least because it has and continues to knowingly and deliberately infringe the '486 Patent. LG Electronics met with the inventors of the '486 Patent at least as early as 2013 and was aware of the patented technology since at least that time. LG Electronics was aware that the patented technology was included in a pending patent application and knew of, or was willfully blind to, the issuance of the Patents-in-Suit.

35.     Sookbox has suffered damages as a result of LG Electronics' direct and indirect infringement of the '486 Patent in an amount to be proven at trial.

36.     Sookbox has suffered, and will continue to suffer, irreparable harm as a result of LG Electronics' infringement of the '486 Patent, for which there is no adequate remedy at law, unless LG Electronics' infringement is enjoined by this Court.

## COUNT II
### (Infringement of the '561 Patent)

37.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

38.     Sookbox has not licensed or otherwise authorized LG Electronics to make, use, offer for sale, sell, or import any products that embody the inventions of the '561 Patent.

39.     LG Electronics has and continues to directly infringe the '561 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '561 Patent. Such infringing products include smart display devices. On information and belief, infringing products include at least LG

26

Electronics' smart televisions, the LG OLED evo AI 4K Smart TV, and related products and services ("LG Display Devices").

40.    For example, LG Electronics has and continues to directly infringe at least Claim 7 of the '561 Patent by making, using, offering to sell, selling, and/or importing into the United States the LG Display Devices.

41.    The Accused Products comprise a display device comprising one or more processing devices capable of processing streaming video data and control signal data. For example, the LG OLED evo AI 4K Smart TV (i.e., display device) is powered by Alpha11 AI Gen2 processor (i.e., processing unit). This processing unit is designed to handle and stream high-quality video content over a Wi-Fi network. One of the pre-installed apps available is LG Channels, which provides access to a wide variety of channels, movies, and shows (i.e., video data source). These streaming services are delivered to the television through an internet connection (e.g., via Wi-Fi), allowing users to enjoy a diverse range of content.



[26]

---

[26] https://www.lg.com/us/tvs/lg-oled65g5wua-oled-4k-tv

**Key features**

- The LG G5 is the best TV I have ever tested.-CNET
- Brightness Booster Ultimate magnifies each individual pixel for remarkably luminous detail
- Bright Room Ready performs great no matter the room or the lighting
- LG's Most Powerful AI Processor, the Alpha 11 AI Processor Gen2 AI for a personalized experience, spectacular picture & sound with AI Picture Pro & AI Super Upscaling[2]
- With OLED's over 8.3 million self-lit smart pixels see perfect black and perfect color[13]
- 5 Year panel warranty[3] and industry-leading OLED Care+ so you'll enjoy OLED for years to come
- Enjoy movie magic from home with Dolby Vision®, Dolby Atmos® & FILMMAKER MODE™[4]
- Ultimate Gaming with 165Hz Refresh Rate*, NVIDIA G-Sync, AMD FreeSync Premium and 0.1ms response time[7]

See Less ︿

[27]

42.    The Accused Products comprise a network interface configured to receive streaming video data from a content server and control signal data from a mobile device sent over a wireless connection. For example, the LG OLED evo AI 4K Smart TV (i.e., display device) is equipped with a network interface (e.g., Wi-Fi interface) that allows it to receive video data (e.g., streaming video) from a content server (e.g., a media server or cloud server, video streaming app) using pre-installed apps like LG Channels. It also receives control signals (e.g., inputs, commands, etc.) from mobile devices (e.g., smartphones) via a wireless connection (e.g., Wi-Fi or Bluetooth).



[28]

---

[27] https://www.lg.com/us/tvs/lg-oled65g5wua-oled-4k-tv
[28] https://www.lg.com/us/tvs/lg-oled65g5wua-oled-4k-tv



29



30

[29] https://www.lg.com/us/lg-thinq

[30] https://www.lg.com/us/support/help-library/how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356



43.    The Accused Products comprise display devices (e.g., LG OLED evo AI 4K Smart TV) that are configured to receive streaming video data via the network interface over a network (e.g., Wi-Fi) from the content server (e.g., LG Channels), wherein the content server is connected to the network via the network interface. For example, the LG OLED evo AI 4K Smart TV processes video data or streaming video data from LG Channels through the LG ThinQ platform. The content is streamed using a mobile device to the LG OLED evo AI 4K Smart TV using the LG ThinQ application.

---

[31] https://www.lg.com/us/support/help-library/lg-tv-thinq-features-and-settings--20152601841487



44.     The Accused Products comprise display devices (e.g., LG OLED evo AI 4K Smart TV) that are configured to receive control signals from one or more mobile devices (e.g., a smartphone) controlling a display of the video data via manipulation of one or more content items (e.g., buttons, sliders, etc.) displayed on any combination of at least one mobile device and the display device. For example, the display device (e.g., LG OLED evo AI 4K Smart TV) receives control signals (e.g., channel changes, volume adjustments, commands, etc.) from the ThinQ application on a mobile device. The ThinQ application allows users to interact with content (e.g., video, music, movies, etc.) displayed on the display device by controlling certain content items (e.g., buttons, sliders). The control actions from the mobile device directly affect what is shown on the display device (e.g., LG OLED evo AI 4K Smart TV).

---

[32] https://www.youtube.com/watch?v=lkTxnvomBzw

45.    The Accused Products comprise display devices wherein the video data from the content server and feedback for control signals sent from the one or more mobile devices is displayed on the display device. For example, using the LG ThinQ application to control signals such as channel changes and volume adjustments are sent wirelessly via Wi-Fi to the LG OLED evo AI 4K Smart TV, signaling the Smart TV to respond to the control signals (e.g., channel changes).

---

[33] https://www.youtube.com/watch?v=lkTxnvomBzw



46.     The Accused Products comprise display devices wherein the one or more content items (e.g., buttons, sliders, touchpad, etc.) displayed on a mobile device include a connection (e.g., pairing of devices over Wi-Fi and Bluetooth) of the mobile device to the display device (LG OLED evo AI 4K Smart TV), and to content on the content server associated with the video data. For example, the LG OLED evo AI 4K Smart TV is paired with a mobile device to control the contents of the LG Smart TV by pairing the devices within the LG ThinQ app. Once the devices are paired, the mobile device is used as a wireless remote control to search on the content server (e.g., LG Channel) and send the control signals, such as channel changes and volume adjustments, wirelessly to the LG OLED evo AI 4K Smart TV.

---

[34] https://www.youtube.com/watch?v=lkTxnvomBzw





---

[35] https://www.lg.com/us/support/help-library/how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356

[36] https://www.lg.com/us/support/help-library/lg-tv-thinq-features-and-settings--20152601841487



47.    The Accused Products comprise display devices wherein the one or more content items displayed on a mobile device include one or more controls (e.g., channel change, volume adjustment, etc.) that invoke display of the content on the content server on the display device (LG OLED evo AI 4K Smart TV). For example, the LG ThinQ application on a mobile device is used as a remote control for controlling the signals such as channel changes, volume adjustments, etc., on the LG OLED evo AI 4K Smart TV. The control actions performed through the ThinQ app on the mobile device are also visible on the LG Smart TV.

---

[37] https://www.youtube.com/watch?v=lkTxnvomBzw



48.     LG Electronics has indirectly infringed and continues to indirectly infringe one or more claims of the '561 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as LG Electronics' customers and end-users, in this District and elsewhere in the United States. For example, LG Electronics' customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '561 Patent. LG Electronics induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, SDKs, marketing, product manuals, advertisements, and online documentation. Because of LG Electronics' inducement, LG Electronics' customers and end-users use Accused Products in a way LG Electronics intends and directly infringe the '561 Patent. LG Electronics performs these affirmative acts with knowledge of the '561 Patent and with the intent, or willful blindness,

---

[38] https://www.youtube.com/watch?v=lkTxnvomBzw

that the induced acts directly infringe the '561 Patent.

49.    LG Electronics has indirectly infringed and continues to indirectly infringe one or more claims of the '561 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. LG Electronics' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '561 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '561 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by LG Electronics to be especially made or adapted for use in the infringement of the '561 Patent. LG Electronics performs these affirmative acts with knowledge of the '561 Patent and with intent, or willful blindness, that they cause the direct infringement of the '561 Patent.

50.    LG Electronics' infringement of the '561 Patent is willful, at least because it has and continues to knowingly and deliberately infringe the '561 Patent. LG Electronics met with the inventors of the '561 Patent at least as early as 2013 and was aware of the patented technology since at least that time. LG Electronics was aware that the patented technology was included in a pending patent application and knew of, or was willfully blind to, the issuance of the Patents-in-Suit.

51.    Sookbox has suffered damages as a result of LG Electronics' direct and indirect infringement of the '561 Patent in an amount to be proven at trial.

37

52. Sookbox has suffered, and will continue to suffer, irreparable harm as a result of LG Electronics' infringement of the '561 Patent, for which there is no adequate remedy at law, unless LG Electronics' infringement is enjoined by this Court.

## COUNT III
### (Infringement of the '250 Patent)

53. Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

54. Sookbox has not licensed or otherwise authorized LG Electronics to make, use, offer for sale, sell, or import any products that embody the inventions of the '250 Patent.

55. LG Electronics has and continues to directly infringe the '250 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '250 Patent. Such infringing products include smart devices and smart device management applications. On information and belief, the infringing products include at least LG Electronics' LG ThinQ Smart Home Platform, the LG OLED evo AI 4K Smart TV, and related products and services.

56. For example, LG Electronics has and continues to directly infringe at least Claim 1 of the '250 Patent by making, using, offering to sell, selling, and/or importing into the United States the OLED evo AI 4K Smart TV and the LG ThinQ Smart Home Platform.

57. The Accused Products comprise a system for distributing video and audio over a network during a content distribution control session. For example, the LG OLED evo AI 4K Smart TV, along with the LG ThinQ application, together form a system for distributing video and audio content over a network during a content distribution control session. The LG OLED evo AI 4K Smart TV is a network-connected device configured to receive, process, and output video and audio content via Wi-Fi or Internet connectivity. The LG ThinQ is a mobile application that is

38

configured to connect to LG smart devices such as the LG OLED evo AI 4K Smart TV over a Wi-Fi network, allowing users to control functions remotely such as volume, channel selection, playback, etc., directly from the LG ThinQ application on a mobile device.



<hr />

[39] https://www.lg.com/us/tvs/lg-oled65g5wua-oled-4k-tv



---

[40] https://www.lg.com/us/support/help-library/how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356



58.     The Accused Products comprise an audio/video control application (e.g., LG ThinQ

application) executing on a mobile device for preparing distribution control data that corresponds

to user actions of a user in a native user interface, the native user interface being native to the

mobile device. For example, when a user performs actions on the ThinQ application on a mobile

device, such as interacting with on-screen touch controls (e.g., buttons, sliders, touchpad, etc.), the

LG ThinQ app responds to those inputs and sends corresponding commands to the LG Smart TV.

The transmitted control data based on the commands control the audio (e.g., audio output settings)

and video output (e.g., playback behavior) on the LG Smart TV.

---

[41] https://www.lg.com/us/support/help-library/lg-tv-thinq-features-and-settings--
20152601841487





59.    The Accused Products comprise at least one content interaction indicator adapted

for presentation on at least one audio/video output device (e.g., LG Smart TV) that visually depicts

---

[42] https://www.lg.com/us/support/help-library/lg-tv-thinq-features-and-settings--20152601841487

[43] https://www.youtube.com/watch?v=lkTxnvomBzw

user actions in a content interaction indicator portion of the native user interface of the mobile device. For example, user actions such as volume adjustment, mute status, power state, playback-related controls, pointer usage, scrolling, selection functions used to select content, etc., are visually depicted on the LG Smart TV.



These controls are similar to the controls on the LG Magic Remote. You can select the TV input, change the volume, change the channel, move the pointer, use the scroll function or use the arrow buttons and OK button, and more.



---

[44] https://www.youtube.com/watch?v=lkTxnvomBzw
[45] https://www.lg.com/us/support/help-library/lg-tv-how-to-set-up-the-lg-thinq-app-on-your-lg-smart-tv--20152745625356

60.    LG Electronics has indirectly infringed and continues to indirectly infringe one or more claims of the '250 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as LG Electronics' customers and end-users, in this District and elsewhere in the United States. For example, LG Electronics' customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '250 Patent. LG Electronics induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of LG Electronics' inducement, LG Electronics' customers and end-users use Accused Products in a way LG Electronics intends and directly infringe the '250 Patent. LG Electronics performs these affirmative acts with knowledge of the '250 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '250 Patent.

61.    LG Electronics has indirectly infringed and continues to indirectly infringe one or more claims of the '250 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. LG Electronics' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '250 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '250 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are

44

known by LG Electronics to be especially made or adapted for use in the infringement of the '250 Patent. LG Electronics performs these affirmative acts with knowledge of the '250 Patent and with intent, or willful blindness, that they cause the direct infringement of the '250 Patent.

62.    LG Electronics' infringement of the '250 Patent is willful, at least because it has and continues to knowingly and deliberately infringe the '250 Patent. LG Electronics met with the inventors of the '250 Patent at least as early as 2013 and was aware of the patented technology since at least that time. LG Electronics was aware that the patented technology was included in a pending patent application and knew of, or was willfully blind to, the issuance of the Patents-in-Suit.

63.    Sookbox has suffered damages as a result of LG Electronics' direct and indirect infringement of the '250 Patent in an amount to be proven at trial.

64.    Sookbox has suffered, and will continue to suffer, irreparable harm as a result of LG Electronics' infringement of the '250 Patent, for which there is no adequate remedy at law, unless LG Electronics' infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Sookbox hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

a.    Entry of judgment declaring that Defendants have directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.    An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c.      An order awarding damages sufficient to compensate Plaintiff for Defendants' infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d.      Entry of judgment declaring that this case is exceptional and awarding Sookbox its costs and reasonable attorney fees under 35 U.S.C. § 285; and

e.      Such other and further relief as the Court deems just and proper.

Dated:  May 6, 2026                                      Respectfully submitted,

*/s/ Peter Lambrianakos*
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF
SOOKBOX LLC***