**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SOOKBOX LLC, | ) | Case No. 2:26-cv-00379 |
| Plaintiff, | ) | |
| v. | ) | |
| LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC., | ) | |
| Defendants. | ) | |

**JOINT MOTION TO CONTINUE STAY OF ALL DEADLINES**

Plaintiff Sookbox LLC ("Plaintiff") and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. ("Defendants") (collectively, the "Parties") file this Joint Motion to Continue Stay of All Deadlines by two weeks to October 30, 2026, and would show the Court as follows:

The Court granted the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement thereby staying the case until October 16, 2026. Dkt. No. 18. The Parties have a finalized agreement settling all matters in controversy. However, the Parties require additional time to have the agreement executed. Therefore, the Parties respectfully request that the Court continue to stay all proceedings, including all pending deadlines between the Parties and with the Court, for an additional two weeks to October 30, 2026.

The Parties submit that good cause exists for granting this Motion, as set forth above. The Motion is not filed for the purposes of delay. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order continuing the stay of all proceedings, including all pending deadlines between the

Parties and with the Court, for an additional two weeks to October 30, 2026.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Peter Lambrianakos (with permission)*
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**FABRICANT, RUBINO & LAMBRIANAKOS LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF SOOKBOX LLC***

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***ATTORNEYS FOR DEFENDANTS LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC.***

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*

Melissa R. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 15, 2026. As of this date, all counsel of record who have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Melissa R. Smith*

Melissa R. Smith